| **Return** | | |
|---|---|---|
| Case No.:<br>5:19mj1310 | Date and time warrant executed:<br>10/3/2019 9:57 AM | Copy of warrant and inventory left with: |

Inventory made in the presence of :
M. Kudley, U.S. Postal Inspection Service & C. Carney, Akron PD

Inventory of the property taken and name of any person(s) seized:

U.S. Postal Service Priority Mail parcel bearing tracking number 9505 5156 3773 9274 3502 20, addressed to Sabrina Bailey, 1306 Girard St Apt 1, Akron, OH 44301, with a return address of Vaughn Williams, 9214 S Budlong Ave, Los Angeles, CA 90044 and the following related contents: Approximately pounds of an off-white crystalline substance that field tested positive for methamphetamine, inside zip lock bags and clear vacuumed sealed food saver bags.

**FILED**
12:57 pm Oct 08 2019
**Clerk U.S. District Court**
**Northern District of Ohio**
**Akron**

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/7/2019

*Executing officer's signature*

M. Kudley, U.S. Postal Inspector
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>U.S. Postal Service Priority Mail parcel bearing tracking number 9505 5156 3773 9274 3502 20, addressed to Sabrina Bailey, 1306 Girard St Apt 1, Akron, OH 44301, with a return address of Vaughn Williams, 9214 S Budlong Ave, Los Angeles, CA 90044 | )<br>)<br>)  Case No.  5:19mj1310<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Northern   District of   Ohio, Eastern Division  
*(identify the person or describe the property to be searched and give its location)*:

U.S. Postal Service Priority Mail parcel bearing tracking number 9505 5156 3773 9274 3502 20, addressed to Sabrina Bailey, 1306 Girard St Apt 1, Akron, OH 44301, with a return address of Vaughn Williams, 9214 S Budlong Ave, Los Angeles, CA 90044

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

**YOU ARE COMMANDED** to execute this warrant on or before   10/17/2019   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Kathleen B. Burke, U.S. Magistrate Judge  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   10/3/2019 @ 9:48 a.m.

City and state:   Akron, Ohio

*Kathleen B. Burke* (signature)
Kathleen B. Burke, U.S. Magistrate Judge